IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN BELL,
REG. #19498-026                                                                                                               PLAINTIFF

v.                       Case No. 4:18-cv-00648-KGB/JTK

GENE BEASLEY, *et al.*                                                                                DEFENDANTS

**<u>ORDER</u>**

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8). Accordingly, plaintiff Steven Bell's claims against defendants Gene Beasley, Curiel, Smith, and Jackson[1] are dismissed for failure to state a claim upon which relief may be granted.

So ordered this 4th day of February, 2019.

                                                                         _____
                                                                         Kristine G. Baker
                                                                         United States District Judge

---

[1] The Proposed Findings and Recommendations refer to both "Ms. Jackson" and "Ms. Washington." (Dkt. No. 8, at 4). Mr. Bell only mentions "Ms. Jackson" in his complaint (Dkt. No. 2, at 6-7). This Court understands the Proposed Findings and Recommendations to apply to Ms. Jackson.