IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN BELL,
REG. #19498-026                                                              PLAINTIFF

v.                          Case No. 4:18-cv-00648-KGB/JTK

GENE BEASLEY, *et al.*                                                    DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 38). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 38).

It is, therefore, ordered that:

1. The Court grants the motion for summary judgment filed by defendants Brenda Hoy and Michelle Hickerson (Dkt. No. 29).

2. The Court grants the motion to adopt the defendants' summary judgment motion filed by defendant Jumper (Dkt. No. 32).

3. The Court dismisses without prejudice plaintiff Steven Bell's complaint (Dkt. No. 2).

So ordered this 10th day of September, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge