IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN BELL,
REG. #19498-026                                                                                          PLAINTIFF

v.                          Case No. 4:18-cv-00648-KGB/JTK

GENE BEASLEY, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Steven Bell's complaint is dismissed without prejudice.

So adjudged this the 10th day of September, 2019.

Kristine G. Baker
United States District Judge